Case 2:07-cr-00273-ILRL-MBN   Document 402   Filed 09/16/13   Page 1 of 1

LAED 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br>Isaac Bolton | Case No: 07-273<br>USM No: 30275-034 |
| Date of Original Judgment: 07/31/2008<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | Pro Se<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ **DENIED.**  ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: 23    as of 6/13/2008    Amended Total Offense Level: _____
Criminal History Category: I    Criminal History Category: _____
Previous Guideline Range: 120 to 120 months    Amended Guideline Range: _____ to _____ months

*(Complete Part II of Page 2 when motion is granted)*

**COMMENTS** *(For Public Disclosure)*

The defendant is ineligible as the guideline range is restricted to the 120 month mandatory minimum, pursuant to USSG 5G1.1(b). The defendant was previously screened and found ineligible.

The defendant asserts as a ground for relief in his motion under 18 U.S.C. Sec. 3582(c)(2) that the denial of relief is unconstitutional under Blewett v. United States, No. 12-5226 (6th Cir. May 17, 2013).

Except as otherwise provided, all provisions of the judgment dated   07/31/2008   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   09/16/2013                                   *[signature]*
                                                            *Judge's signature*

Effective Date: _____                                Ivan L.R. Lemelle, United States District Judge
*(if different from order date)*                      *Printed name and title*