UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                         CRIMINAL DOCKET

VERSUS                                           NO. 07-273

ISAAC J. BOLTON                                  SECTION "B"(5)


ORDER

Considering Isaac J. Bolton's Motion to Reduce Sentence (Rec. Doc. No. 404),

**IT IS ORDERED** that the Motion is **DENIED**. While the Court admires and commends Mr. Bolton for his efforts and completion of the Drug Abuse Program, it cannot provide him the relief he seeks. The Court cannot reduce his sentence under the statute cited, as it only authorizes the Bureau of Prisons--and not the judiciary--to reduce sentences for the reasons provided. *See* 18 U.S.C. § 3621(e)(2)(B) ("The period a prisoner convicted of a nonviolent offense remains in custody after successfully completing a treatment program may be reduced by the *Bureau of Prisons*, but such reduction may not be more than one year from the term the prisoner must otherwise serve.")(emphasis added).


New Orleans, Louisiana, this 14th day of March, 2014.

_____
UNITED STATES DISTRICT JUDGE